

# RR | ROTHMAN ROCCO LLP

Elise S. Feldman
efeldman@rothmanrocco.com

May 5, 2025

**FILED VIA ECF**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re: **Gomez, et al. v. Edison Lithograph and Printing Corp.**
       **Civil Action No. 24-CV-00193 (KMK)**

Dear Judge Karas:

    This firm represents the Plaintiffs in the above-referenced complaint to collect unpaid benefit fund contributions, plus interest, damages, fees, and costs from Defendant Edison Lithograph and Printing Corp. ("Edison" or "Defendant"). We are in receipt of the Court's May 5, 2025 Order for a telephone conference to be held at noon on June 24, 2025, regarding Plaintiffs' Motion for Summary Judgment. Unfortunately, the undersigned is unavailable that day and respectfully requests that the Court reschedule the telephone conference to one of the following dates: Tuesday, June 10, 2025, Thursday, June 26, 2025, or Monday, June 9, 2025. Plaintiffs are, of course, still available for the conference on May 20, 2025, in accordance with our request filed with the Court on April 9, 2025.

    The instant matter is in default, and therefore, the undersigned does not have consent or refusal from counsel for Defendant. This is Plaintiffs' first request for an extension of time to file their fees application. Thank you for your consideration of our request.

                Respectfully submitted,
                /s/ *Elise S. Feldman*
                Elise S. Feldman

cc: Edison Lithograph and Printing Corp. (via email: info@edisonlitho.com; overnight and
   first-class mail)
   3725 Tonnelle Avenue
   North Bergen, NJ 07047

*Granted. The Court will hold a telephone conference on 6/26/25 at 10:30*

**SO ORDERED:**

HON. KENNETH M. KARAS, U.S.D.J.

5/5/2025

ROTHMAN ROCCO LARUFFA LLP • 3 WEST MAIN STREET, SUITE 200 • ELMSFORD, NY 10523
TEL 914.478.2801 FAX 914.478.2913 WWW.ROTHMANROCCO.COM