**ROTHMAN ROCCO LARUFFA, LLP**
3 West Main Street – Suite 200
Elmsford, New York 10523
T: (914) 478-2801
F: (914) 478-2913
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRA GOMEZ, VALENTINA GONZALEZ, JOSH WINTER, MORRIS LOWY, AS TRUSTEES OF THE UNITED PRODUCTION WORKERS UNION LOCAL 17-18 WELFARE FUND,<br><br>Plaintiffs,<br><br>-against-<br><br>EDISON LITHOGRAPH AND PRINTING CORP.,<br><br>Defendant. | Civil Action No.: 24-cv-00193 (KMK)<br><br>**UPDATED DEFAULT JUDGMENT** (Partial) |

This action having been commenced on January 10, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant Edison Lithograph and Printing Corp., on February 15, 2024, by delivering a true copy of the process with personal service on Moshe Grinfas, Office Coordinator of the Defendant, and a proof of service having been filed with the Court on February 26, 2024, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED:** that Plaintiffs have judgment against the Defendant Edison Lithograph and Printing Corp. as follows:

(A)   Defendant is hereby ordered to pay Plaintiffs $55,800.00 in contributions for the period from March 1, 2018 through February 28, 2020;

(B)     Defendant is hereby ordered to pay Plaintiffs $25,965.28 in interest calculated through December 31, 2022 on contributions for the contributions delinquency period from March 1, 2018 through February 28, 2020;

(C)     Defendant is hereby ordered to pay $33,300.00 in contributions for the period from May 1, 2022 through September 30, 2022;

(D)     Defendant is hereby ordered to pay $8,934.39 in interest calculated through September 30, 2024 on contributions for the contributions delinquency period from May 2022 through September 2022;

(E)     Defendant is hereby ordered to pay $8,928.00 in interest for the contributions delinquency period from March 1, 2018 through February 28, 2020, calculated from January 1, 2023 through May 1, 2024 at the rate of twelve percent (12%) per annum;

(F)     Defendant is hereby ordered to pay $1,998.00 in interest for the contributions delinquency period from May 2022 through September 2022, calculated from November 15, 2023 through May 15, 2024 at the rate of twelve percent (12%) per annum;

(G)     Defendant is hereby ordered to pay $450.23 in interest calculated through November 14, 2023 on contributions that were remitted late for the period from March 2022 through April 2022;

(H)     Defendant is hereby ordered to remit all contributions that have accumulated during the pendency of this action, plus interest at the rate of twelve percent (12%) per annum;

(I)     Defendant is hereby ordered to produce its books and records for audit by the

Plaintiffs for the period from March 1, 2020 through September 30, 2022;

(J) If Defendant fails to produce the required books and records for audit by the Plaintiffs within 45 days of the date of this Judgment, Plaintiffs are entitled to calculate the amount of contributions due and owing for the period from March 1, 2020 through September 30, 2022 utilizing the rights, responsibilities, and parameters Fund's Trust Documents, with interest and liquidated damages to be calculated on the estimated amount of delinquent contributions so calculated, and Defendant shall pay to Plaintiffs the amount of delinquency, interest, and liquidated damages so calculated, ,

(K) Defendant is hereby ordered to pay liquidated damages in the amount of additional interest or twenty percent (20%) of the amount of principal due, whichever is greater, in accordance with 29 U.S.C. §1132 (g)(2)(C);

(L) Plaintiffs are hereby permitted to submit a separate application for reasonable attorney's fees and costs, and,

(M) That Plaintiffs have such other and further relief as by the Court may be deemed just and equitable all at the cost of Defendant.

This judgment does not prevent Plaintiffs from filing an action against Defendant for contributions found to be due and owing, if any, pursuant to an audit of Defendant's books and records for the time period from March 1, 2020 through September 30, 2022.

Dated: _____White Plains_____, NY         SO ORDERED:

_____June 26_____, 2025

_____
Hon. Kenneth M. Karas, U.S.D.J.