**ROTHMAN ROCCO, LLP**
3 West Main Street – Suite 200
Elmsford, New York 10523
T: (914) 478-2801
F: (914) 478-2913
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ALEJANDRA GOMEZ, VALENTINA             :
GONZALEZ, JOSH WINTER, MORRIS          :     Civil  Action  No.:  24-CV-00193
LOWY, AS TRUSTEES OF THE UNITED        :     (KMK)
PRODUCTION WORKERS UNION LOCAL         :
17-18 WELFARE FUND,                    :
                        Plaintiffs,    :
        -against-                      :         **UPDATED DEFAULT**
EDISON LITHOGRAPH AND PRINTING         :            **JUDGMENT**
CORP.,                                 :
                        Defendant.     :
                                       :
                                       :
                                       :
                                       :
                                       :
                                       :
------------------------------------------------------------X

This action having been commenced on January 10, 2024 by the filing of the Summons

and Complaint, and a copy of the Summons and Complaint having been personally served on the

Defendant Edison Lithograph and Printing Corp., on February 15, 2024, by delivering a true

copy of the process with personal service on Moshe Grinfas, Office Coordinator of the

Defendant, and a proof of service having been filed with the Court on February 26, 2024, and the

Defendant not having answered the Complaint, and the time for answering the Complaint having

expired, and this Court having entered a Partial Default Judgment Award in favor of Plaintiffs

and against Defendant on June 26, 2025, it is

1

**ORDERED, ADJUDGED AND DECREED:** that Plaintiffs have judgment in the total

amount of $~~283,401.34~~ 283,394.83 against the Defendant Edison Lithograph and Printing Corp. as

follows:

(A)    Defendant is hereby ordered to pay the full amount of contributions and interest as set

forth in the Court's Partial Default Judgment dated June 26, 2025 in the amount of

$135,375.90;

(B)    Defendant is hereby ordered to pay Plaintiffs $17,820.00 in liquidated damages

calculated at twenty percent (20%) of the unpaid contributions awarded in the Court's

June 26, 2025 Partial Default Judgment;

(C)    Defendant is hereby ordered to pay $61,380.00 in contributions found pursuant to audit

proceedings for the period from March 1, 2020 through September 30, 2022;

(D)    Defendant is hereby ordered to pay $~~32,380.00~~ 32,373.49 in interest calculated at the rate of twelve

percent (12%) per annum on contributions for the contributions delinquency audit period

from March 1, 2020 through September 30, 2022, such interest calculated through

December 1, 2025;

(E)    Defendant is hereby ordered to pay Plaintiffs $12,276.00 in liquidated damages calculated

at twenty percent (20%) of the unpaid contributions found pursuant to audit proceedings

for the period from March 1, 2020 through September 30, 2022;

(F)    Defendant is hereby ordered to pay $22,257.50 in attorney's fees;

(G)    Defendant is hereby ordered to pay $1,911.94 in costs, including the fee for service of

the summons and complaint, filing fee, and postage costs and $1,187.50 for the

accountants' audit examination fee;

(H)     That Plaintiffs have such other and further relief as by the Court may be deemed just

and equitable all at the cost of Defendant.

Dated: _____White Plains_____, NY               SO ORDERED:

_____February 10_____, 2026 ~~2025~~

_____

Hon. Kenneth M. Karas, U.S.D.J.

3